# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 09-52409 JTL |
| **Case Name:** | Security Bank Corporation |
| **Period Ending:** | 06/30/13 |

| | |
|---|---|
| **Trustee:**  (300010) | Joy R. Webster |
| **Filed (f) or Converted (c):** | 07/31/09 (f) |
| **§341(a) Meeting Date:** | 09/09/09 |
| **Claims Bar Date:** | 11/30/09 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property   3.48 acres of commercial real property upon which sits commercial improvements owned by a non-debtor.  The property is located at 4219 Forsyth Rd., Macon, GA 31210 | 928,322.71 | 928,322.71 | | 230,000.00 | FA |
| 2 | Bank Account   Security Bank of Bibb County, 4219 Forsyth Rd., Macon, GA 31208 - Account No. 302 | 1,391,175.53 | 1,391,175.53 | | 1,432,989.50 | FA |
| 3 | Bank Account   BB&T, 455 Jesse Jewel Parkway, Gainesville, GA 30501 - Account No. 00052405058194 | 1,500,000.00 | 1,500,000.00 | | 1,500,000.00 | FA |
| 4 | Shares in Banks   FIG Partners, 100 Colony Square, 1175 Peachtree St., N.E., Suite 2250, Atlanta, GA 30361 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit   The Gables at Forsyth, LLC d/b/a The Gables at Wolf Creek; 5228 Forsyth Rd., Macon, GA 31210 | 1,035.00 | 1,035.00 | | 1,035.00 | FA |
| 6 | Stock & Business   Stock of Security Interim Holding Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Patents, Copyrights   2 Georgia registered trademarks (Security Bank Logo and "That's My Bank") | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Post-Petition Interest Deposits  (u) | Unknown | Unknown | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-52409 JTL | **Trustee:** (300010)   Joy R. Webster |
| **Case Name:** Security Bank Corporation | **Filed (f) or Converted (c):** 07/31/09 (f) |
| | **§341(a) Meeting Date:** 09/09/09 |
| **Period Ending:** 06/30/13 | **Claims Bar Date:** 11/30/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 9 | 2005 GMC Yukon<br>S/N 1GKEC13T85R138112, Miles 104719 | Unknown | 12,540.00 | | 11,400.00 | FA |
| 10 | Potential Tax Refunds  (u)<br>Dispute with FDIC as to who refunds belong to. | 0.00 | 20,000,000.00 | | 18,557,836.04 | FA |
| 11 | Real Property - Le Jardin  (u) | Unknown | 3,500,000.00 | | 2,855,048.87 | FA |
| 12 | Retainer for Atty Fees  (u)<br>Troutman, Sanders LLP | 0.00 | 0.00 | | 15,379.00 | FA |
| 13 | Refund of Premiums on Cancelled Insurance Polici  (u)<br>Held by Waites & Foshee Insurance, Inc. | 0.00 | 22,929.00 | | 22,929.00 | FA |
| 14 | Tax Refund  (u)<br>941 taxes - 3rd quarter - 2006 | 0.00 | 270.78 | | 270.78 | FA |
| 15 | Insurance Brokerage Antitrust Litigation Claims  (u)<br>First set of checks:  Claim No. 0005664125 ($700.72) &<br>Claim No. 0006132779 ($141.27);  Second set of checks:<br>Claim No. 0005664125 ($166.51) & Claim No.<br>0006132779 ($122.14)<br>Insurance Brokerage Antitrust Litigation, c/o Complete<br>Claim Solutions, LLC, P.O. Box 24721, West Palm<br>Beach, FL 33416 | 0.00 | 1,130.64 | | 1,130.64 | FA |
| 16 | Tax Credits  (u)<br>Stateside Georgia Tax Credit Fund VI, LLC and<br>Stateside Georgia Tax Credit Fund VII, LLC | 0.00 | 2,500,000.00 | | 551,147.74 | FA |
| 17 | Fraudulent Transfer  (u)<br>Hall, Bloch, Garland & Meyer, LLP & John Ramsey - | 0.00 | 25,000.00 | | 25,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-52409 JTL | **Trustee:** (300010)  Joy R. Webster |
| **Case Name:** Security Bank Corporation | **Filed (f) or Converted (c):** 07/31/09 (f) |
| | **§341(a) Meeting Date:** 09/09/09 |
| **Period Ending:** 06/30/13 | **Claims Bar Date:** 11/30/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Adv. No. 11-5098 | | | | | |
| 18 | Preferential Transfer  (u)<br>   Registrar and Transfer Co. - Adv No. 11-5102 | 0.00 | 13,273.94 | | 13,273.94 | FA |
| 19 | Preferential Transfer  (u)<br>   Alston & Bird - Adv No. 11-5100 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 20 | Interest on Tax Refunds  (u) | 0.00 | 62.82 | | 62.82 | FA |
| 21 | Fraudulent Transfer  (u)<br>   Jones Day, LP - Adv. No. 11-5099 | 0.00 | 150,000.00 | | 25,000.00 | FA |
| 22 | Preferential Transfer  (u)<br>   SPP Investments, LLC and Southern Pine Plantations<br>   Commercial Group, LLC, aka SPP Commercial - Adv. No.<br>   11-5101 | 0.00 | 2,130,000.00 | | 260,000.00 | FA |
| 23 | Stock & Business<br>   100% participation interest in $12.3 million loan by<br>   Georgia Capital, LLC to Le Jardin, LLC dated January 29,<br>   2007.  The loan is secured by real estate in Fulton<br>   County, Georgia.  Security Bank of Gwinnett County<br>   succeeded to the rights of Georgia Capital, LLC and<br>   transferred the participation interst to Debtor. | Unknown | Unknown | | 0.00 | FA |
| 24 | Pro Rata Ad Valorem Taxes from Sale of Asset #1  (u) | 0.00 | Unknown | | 3,579.05 | FA |
| 25 | Distribution from SEC Fair Fund  (u) | 0.00 | 0.00 | | 147.67 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4,120.39 | Unknown |
| 26 | **Assets**        **Totals**  (Excluding unknown values) | **$3,820,533.24** | **$32,190,740.42** | | **$25,525,350.44** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-52409 JTL | Trustee: | (300010) | Joy R. Webster |
|---|---|---|---|---|
| Case Name: | Security Bank Corporation | Filed (f) or Converted (c): | 07/31/09 (f) | |
| | | §341(a) Meeting Date: | 09/09/09 | |
| Period Ending: | 06/30/13 | Claims Bar Date: | 11/30/09 | |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Collected funds in the Bank Accounts held by debtor.  Still pursuing action regarding Tax Refunds against the FDIC.  Also negotiating sale of real property in Fulton County resulting from participation agreement on the laon.  Property in Fulton County sold.  Will now sell property in Bibb County with agreement of the FDIC.  Still need to resolve turnover actions and tax credit issue with FDIC.  The adversary proceeding against Southern Pines will be mediated by Fife Whiteside in Columbus. The adversary filed by Security Interim will be assigned to Judge Smith for settlement conference.  Resolved all litigation issues.  Waiting on Tax information from FDIC for Final Return.  When it is filed the case will be closed.

**Initial Projected Date Of Final Report (TFR):**  July 31, 2011        **Current Projected Date Of Final Report (TFR):**  March 31, 2014

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-52409 JTL |
| **Case Name:** | Security Bank Corporation |
| **Taxpayer ID #:** | **-***7916 |
| **Period Ending:** | 06/30/13 |

| | |
|---|---|
| **Trustee:** | Joy R. Webster (300010) |
| **Bank Name:** | BANK OF AMERICA |
| **Account:** | ********06 - TIP Account |
| **Blanket Bond:** | $10,375,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/04/09 | {3} | BRANCH BANK AND TRUST | Balance from Bank Account | | 1129-000 | 1,500,000.00 | | 1,500,000.00 |
| 08/06/09 | {2} | STATE BANK AND TRUST  CO. | Balance from Bank Account | | 1129-000 | 1,432,803.92 | | 2,932,803.92 |
| 08/06/09 | {2} | STATE BANK AND TRUST COMPANY | Balance from Bank Account | | 1129-000 | 185.58 | | 2,932,989.50 |
| 08/31/09 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 158.67 | | 2,933,148.17 |
| 09/22/09 | {12} | TROUTMAN, SANDERS LLP | Balance of Retainer for Atty Fees | | 1290-000 | 15,379.00 | | 2,948,527.17 |
| 09/30/09 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 217.08 | | 2,948,744.25 |
| 10/30/09 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 225.40 | | 2,948,969.65 |
| 11/30/09 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 218.14 | | 2,949,187.79 |
| 12/04/09 | {5} | THE GABLES ON FORSYTH | Refund of Security Deposit | | 1129-000 | 1,000.00 | | 2,950,187.79 |
| 12/04/09 | {5} | THE GABLES ON FORSYTH | Refund of Security Deposit | | 1129-000 | 35.00 | | 2,950,222.79 |
| 12/31/09 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 225.49 | | 2,950,448.28 |
| 01/20/10 | 101 | AKIN, WEBSTER & MATSON, P.C. | Bond Disbursement Reimbursement of Bond Payments - check no. 5489 | | 2300-000 | | 2,390.51 | 2,948,057.77 |
| 01/29/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 225.46 | | 2,948,283.23 |
| 02/26/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 203.55 | | 2,948,486.78 |
| 03/31/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 225.39 | | 2,948,712.17 |
| 04/02/10 | | T. LYNN DAVIS AUCTION CO. | Proceeds of Sale | | | 12,540.00 | | 2,961,252.17 |
| | {9} | T. LYNN DAVIS | Gross Proceeds of Sale | 11,400.00 | 1129-000 | | | 2,961,252.17 |
| | | T. LYNN DAVIS | Buyers Premium | 1,140.00 | 3610-000 | | | 2,961,252.17 |
| 04/06/10 | 102 | AKIN, WEBSTER & MATSON, P.C. | Trustee Attorney Fee Per Order dated 4/5/10 | | | | 52,130.89 | 2,909,121.28 |
| | | | Ref # Trustee Attorney Fee | 45,437.50 | 3110-000 | | | 2,909,121.28 |
| | | | | 6,693.39 | 3120-000 | | | 2,909,121.28 |
| 04/06/10 | 103 | CLIFTON, LIPFORD, HARDISON & PARKER | Accountant Fee Per Order dated 4/5/10 | | 3410-000 | | 29,937.00 | 2,879,184.28 |
| 04/30/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | | 1270-000 | 214.14 | | 2,879,398.42 |

| | | |
|---|---|---|
| **Subtotals :** | **$2,963,856.82** | **$84,458.40** |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-52409 JTL | |
| **Case Name:** | Security Bank Corporation | |
| **Taxpayer ID #:** | **-***7916 | |
| **Period Ending:** | 06/30/13 | |

| | |
|---|---|
| **Trustee:** | Joy R. Webster (300010) |
| **Bank Name:** | BANK OF AMERICA |
| **Account:** | ********06 - TIP Account |
| **Blanket Bond:** | $10,375,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 220.09 | | 2,879,618.51 |
| 06/07/10 | 104 | T. LYNN DAVIS | Auctioneer Commission Final Disbursement - Per Order dated 5/18/10 | | | 1,214.77 | 2,878,403.74 |
| | | | Fees                          1,140.00 | 3610-000 | | | 2,878,403.74 |
| | | | Expenses                      74.77 | 3610-000 | | | 2,878,403.74 |
| 06/30/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 213.00 | | 2,878,616.74 |
| 07/30/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 220.03 | | 2,878,836.77 |
| 08/30/10 | 105 | AKIN, WEBSTER & MATSON, P.C. | Trustee Attorney Fee Interim Compensation - Per Order dated 8/30/10 | | | 47,435.12 | 2,831,401.65 |
| | | | Ref # Trustee Attorney      46,575.00<br>Fee | 3110-000 | | | 2,831,401.65 |
| | | | 860.12 | 3120-000 | | | 2,831,401.65 |
| 08/30/10 | 106 | CLIFTON, LIPFORD, HARDISON & PARKER | Accountant Fee Interim Compensation - Per Order dated 8/30/10 | 3410-000 | | 19,726.25 | 2,811,675.40 |
| 08/31/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 219.96 | | 2,811,895.36 |
| 09/30/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 208.00 | | 2,812,103.36 |
| 10/14/10 | {13} | WAITES & FOSHEE INSURANCE | Refund of Premiums | 1290-000 | 22,929.00 | | 2,835,032.36 |
| 10/29/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 215.74 | | 2,835,248.10 |
| 11/09/10 | {14} | US TREASUREY | 941 tax refund | 1224-000 | 270.78 | | 2,835,518.88 |
| 11/30/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 209.74 | | 2,835,728.62 |
| 12/31/10 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 216.76 | | 2,835,945.38 |
| 01/03/11 | 107 | AKIN, WEBSTER & MATSON, P.C. | Trustee Attorney Fee Per Order dated 12/28/10 Fees $62,260.00 Expenses $212.47 | | | 62,472.47 | 2,773,472.91 |
| | | | Ref # Trustee Attorney      62,260.00<br>Fee | 3110-000 | | | 2,773,472.91 |
| | | | 212.47 | 3120-000 | | | 2,773,472.91 |
| 01/03/11 | 108 | CLIFTON, LIPFORD, HARDISON & | Accountant Fee Per Order dated 12/28/10 | | | 101,886.22 | 2,671,586.69 |

Subtotals :                           $24,923.10           $232,734.83

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-52409 JTL | Trustee: | Joy R. Webster (300010) |
|---|---|---|---|
| Case Name: | Security Bank Corporation | Bank Name: | BANK OF AMERICA |
| | | Account: | ********06 - TIP Account |
| Taxpayer ID #: | **-***7916 | Blanket Bond: | $10,375,000.00  (per case limit) |
| Period Ending: | 06/30/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | PARKER | Fees $96,045.40 Expenses $5,840.82 | | | | |
| | | | Fees          96,045.40 | 3410-000 | | | 2,671,586.69 |
| | | | Expenses       5,840.82 | 3420-000 | | | 2,671,586.69 |
| 01/18/11 | 109 | AKIN, WEBSTER & MATSON, P.C. | Bond Disbursement Reimbursement of Bond premium Pd. 1/12/11, Ck. No. 1248 Bond No. 016027943 Ter | 2300-000 | | 2,170.81 | 2,669,415.88 |
| 01/20/11 | {15} | INSURANCE BROKERAGE ANTITRUST LITIG | Settlement Proceeds | 1249-000 | 141.27 | | 2,669,557.15 |
| 01/20/11 | {15} | INSURANCE BROKERAGE ANTITRUST LITAG | Settlement Proceeds | 1249-000 | 700.72 | | 2,670,257.87 |
| 01/31/11 | Int | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 205.56 | | 2,670,463.43 |
| 02/01/11 | 110 | FULTON COUNTY TAX COMMISSIONER | Administrative Expense Final Disbursement - Per order dated 1/28/11 Parcel ID #: 09C-0700-0017-051-5 ( | 2820-000 | | 132,708.49 | 2,537,754.94 |
| 03/09/11 | 111 | FDIC | Administrative Expense Attn: Tobey S. Elliott Final Disbursement - Per Order dated 3/1/11 | 2990-000 | | 1,174.50 | 2,536,580.44 |
| 04/07/11 | | LE JARDIN VCOFI, LLC | Net Proceeds of Sale wire transfer came in on 4/5/11 - Per Order dated 11/5/10 | | 2,238,422.70 | | 4,775,003.14 |
| | {11} | LE JARDIN VCOFI, LLC, A GEORGIA | Gross Proceeds of Sale      2,855,048.87 | 1210-000 | | | 4,775,003.14 |
| | | ENVIRONMENTAL CLEANUP (DRUMS) | Closing Costs       -6,575.00 | 2500-000 | | | 4,775,003.14 |
| | | FULTON CO. | Clerk Fees        -490.00 | 2500-000 | | | 4,775,003.14 |
| | | FULTON CO. | State/County Recording Taxes      -2,855.10 | 2500-000 | | | 4,775,003.14 |
| | | FULTON CO. & VESTA | Property Tax     -281,038.58 | 2500-000 | | | 4,775,003.14 |
| | | FULTON CO. & VESTA | Pro Rata Property Tax    -40,162.60 | 2500-000 | | | 4,775,003.14 |

|  | | | | Subtotals : | $2,239,470.25 | $136,053.80 | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-52409 JTL |
| **Case Name:** | Security Bank Corporation |
| **Taxpayer ID #:** | **-***7916 |
| **Period Ending:** | 06/30/13 |

| | |
|---|---|
| **Trustee:** | Joy R. Webster (300010) |
| **Bank Name:** | BANK OF AMERICA |
| **Account:** | ********06 - TIP Account |
| **Blanket Bond:** | $10,375,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | WEINSTOCK REALTY AND DEVELOPMENT | Broker Fees          -142,752.45 | 3991-000 | | | 4,775,003.14 |
| | | BULL REALTY | Broker Fees          -142,752.44 | 3510-000 | | | 4,775,003.14 |
| 04/13/11 | 112 | INTERNATIONAL SURETIES, LTD | Bond Disbursement Bond No. 016042110 Term: 4/1/11 to 4/1/12 | 2300-000 | | 9,400.00 | 4,765,603.14 |
| 05/11/11 | {10} | BANK OF AMERICA | Portion of Tax Refund | 1224-000 | 336,311.28 | | 5,101,914.42 |
| 05/19/11 | 113 | RICHARD B. FREEMAN | Attorney Fee and Expense Final Disbursement - Per Order dated 5/18/11 | | | 6,468.75 | 5,095,445.67 |
| 05/19/11 | 114 | AKIN, WEBSTER & MATSON, P.C. | Trustee Attorney Fee Per Order dated 5/18/11 | | | 48,083.47 | 5,047,362.20 |
| | | | Ref # Trustee Attorney Fee          40,770.00 | 3110-000 | | | 5,047,362.20 |
| | | | 7,313.47 | 3120-000 | | | 5,047,362.20 |
| 05/19/11 | 115 | CLIFTON, LIPFORD, HARDISON & PARKER | Accountant Fee Per Order dated 5/18/11 | 3410-000 | | 68,209.24 | 4,979,152.96 |
| 05/19/11 | | | Fees          6,418.75 | 3210-000 | | | 4,979,152.96 |
| 05/19/11 | | | Expenses          50.00 | 3220-000 | | | 4,979,152.96 |
| 06/03/11 | | FULTON COUNTY TAX COMMISSIONER | Refund of Taxes Paid | | | -52,259.22 | 5,031,412.18 |
| | | FULTON COUNTY TAX COMMISSIONER | -52,259.22 | 2820-000 | | | 5,031,412.18 |
| 06/03/11 | | FULTON COUNTY TAX COMMISSIONER | Refund of Taxes Paid | | | -51,394.88 | 5,082,807.06 |
| | | FULTON COUNTY TAX COMMISSIONER | Refund of Taxes Paid          -51,394.88 | 2820-000 | | | 5,082,807.06 |
| 08/04/11 | | Bank of America | Transfer to Bank of New York Mellon | 9999-000 | | 5,082,807.06 | 0.00 |

| | | | Subtotals : | | $336,311.28 | $5,111,314.42 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-52409 JTL | | Trustee: | Joy R. Webster (300010) |
| Case Name: | Security Bank Corporation | | Bank Name: | BANK OF AMERICA |
| | | | Account: | ********06 - TIP Account |
| Taxpayer ID #: | **-***7916 | | Blanket Bond: | $10,375,000.00   (per case limit) |
| Period Ending: | 06/30/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

Account   ********06

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 15 | Deposits | 5,664,373.35 | 15 | Checks | 585,408.49 |
| 18 | Interest Postings | 3,842.20 | 1 | Adjustments Out | 5,082,807.06 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | 5,668,215.55 | | |
| | | | | Total | 5,668,215.55 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | 5,668,215.55 | | |

Printed: 07/31/2013 01:22 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-52409 JTL |
| **Case Name:** | Security Bank Corporation |
| **Taxpayer ID #:** | **-***7916 |
| **Period Ending:** | 06/30/13 |

| | |
|---|---|
| **Trustee:** | Joy R. Webster (300010) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****407666 - Checking Account |
| **Blanket Bond:** | $10,375,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,645,496.03 | | 7,645,496.03 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,679.56 | 7,642,816.47 |
| 01/09/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 41,249.80 | | 7,684,066.27 |
| 01/11/13 | 21012 | William M. Flatau, Trustee for Security Interim Holding Corp | Settlement Proceeds on Adv. No. 12-5052 - Per Order dated 12/19/12 | 8500-002 | | 750,000.00 | 6,934,066.27 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,163.59 | 6,930,902.68 |
| 02/01/13 | 21013 | Akin, Webster & Matson, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2013 FOR CASE #09-52409, Reimbursement of Bond Premium - Ck. No. 2572 - Bond No. 016027943 | 2300-000 | | 6,257.99 | 6,924,644.69 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,684.93 | 6,921,959.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,780.82 | 6,919,178.94 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,068.49 | 6,916,110.45 |
| 05/15/13 | {25} | Bank of America Fair Fund | Distribution from SEC Fair Fund | 1249-000 | 122.46 | | 6,916,232.91 |
| 05/15/13 | {25} | Bank of America Fair Fund | Distribution from SEC Fair Fund | 1249-000 | 25.21 | | 6,916,258.12 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,972.60 | 6,913,285.52 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,684.93 | 6,910,600.59 |

Subtotals :          $7,686,893.50          $776,292.91

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-52409 JTL |
| **Case Name:** | Security Bank Corporation |
| **Taxpayer ID #:** | **-***7916 |
| **Period Ending:** | 06/30/13 |

| | |
|---|---|
| **Trustee:** | Joy R. Webster (300010) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****407666 - Checking Account |
| **Blanket Bond:** | $10,375,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Account   ****407666

| | | | | | |
|---|---|---:|---|---|---:|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 147.67 | 2 | Checks | 756,257.99 |
| 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 20,034.92 |
| | Subtotal | 147.67 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 776,292.91 |
| 2 | Transfers In | 7,686,745.83 | | | |
| | Total | 7,686,893.50 | | | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-52409 JTL | Trustee: | Joy R. Webster (300010) |
| Case Name: | Security Bank Corporation | Bank Name: | Rabobank, N.A. |
| | | Account: | ****407667 - Checking Account |
| Taxpayer ID #: | **-***7916 | Blanket Bond: | $10,375,000.00  (per case limit) |
| Period Ending: | 06/30/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |

```
Account  ****407667

                Balance Forward       0.00
         0      Deposits              0.00          0   Checks          0.00
         0      Interest Postings     0.00          0   Adjustments Out 0.00
                                      ____              0   Transfers Out   0.00
                Subtotal              0.00
                                                              Total           0.00
         0      Adjustments In        0.00
         0      Transfers In          0.00
                                      ____
                Total                 0.00
```

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 09-52409 JTL | Trustee: | Joy R. Webster (300010) |
|---|---|---|---|
| Case Name: | Security Bank Corporation | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******60-65 - Checking Account |
| Taxpayer ID #: | **-***7916 | Blanket Bond: | $10,375,000.00  (per case limit) |
| Period Ending: | 06/30/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/11 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 5,082,807.06 | | 5,082,807.06 |
| 08/19/11 | 11001 | International Sureties, LTD. | Bond Disbursement | 2300-000 | | 1,210.00 | 5,081,597.06 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 37.60 | | 5,081,634.66 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4,452.06 | 5,077,182.60 |
| 09/01/11 | {18} | Register and Transfer Company of New Jersy | Payment in full to settle Preference Litigation. | 1241-000 | 13,273.94 | | 5,090,456.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 41.82 | | 5,090,498.36 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5,136.99 | 5,085,361.37 |
| 10/12/11 | {20} | United States Treasury | Interest on Tax Refunds owed to the estate. | 1290-000 | 62.82 | | 5,085,424.19 |
| 10/12/11 | | From Account #9200******6066 | Settlements of Preferential and Fraudulent Transfers | 9999-000 | 40,000.00 | | 5,125,424.19 |
| 10/21/11 | 11002 | Stroup Valuations, Inc. | Administrative Expense - Per Order dated 10/19/11 | 2990-000 | | 1,500.00 | 5,123,924.19 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 43.39 | | 5,123,967.58 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4,965.75 | 5,119,001.83 |
| 11/14/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 18.21 | | 5,119,020.04 |
| 11/16/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.80 | | 5,119,022.84 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 21.03 | | 5,119,043.87 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5,479.44 | 5,113,564.43 |
| 12/07/11 | | From Account #9200******6066 | Estate's 10% of tax refunds | 9999-000 | 1,822,152.48 | | 6,935,716.91 |
| 12/07/11 | 11003 | Akin, Webster & Matson, P.C. | Trustee Attorney Fee - Per Order dated 12/6/11 | | | 56,596.48 | 6,879,120.43 |
| | | | | 54,565.00 | 3110-000 | | 6,879,120.43 |
| | | | | 2,031.48 | 3120-000 | | 6,879,120.43 |
| 12/07/11 | 11004 | Clifton, Lipford, Hardison & Parker | Accountant Fee - Per Order dated 12/6/11 | 3410-000 | | 45,536.00 | 6,833,584.43 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 55.24 | | 6,833,639.67 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5,136.98 | 6,828,502.69 |
| | | | Subtotals : | | $6,958,516.39 | $130,013.70 | |

{} Asset reference(s)

Printed: 07/31/2013 01:22 PM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-52409 JTL | Trustee: | Joy R. Webster (300010) |
|---|---|---|---|
| Case Name: | Security Bank Corporation | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******60-65 - Checking Account |
| Taxpayer ID #: | **-***7916 | Blanket Bond: | $10,375,000.00   (per case limit) |
| Period Ending: | 06/30/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/12 | {21} | Jones Day | Settlement of Fraudulent Conveyance Action - Adv. No. 11-5099 - Per Order dated 12/22/11 | 1241-000 | 25,000.00 | | 6,853,502.69 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 29.94 | | 6,853,532.63 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 28.16 | | 6,853,560.79 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5,465.41 | 6,848,095.38 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4,952.18 | 6,843,143.20 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5,122.95 | 6,838,020.25 |
| 04/17/12 | 11005 | International Sureties, LTD | Bond Disbursement | 2300-000 | | 15,000.00 | 6,823,020.25 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4,952.18 | 6,818,068.07 |
| 05/18/12 | {16} | Security Bank Escrow Account | Proceeds of sale of tax credits deemed to be property of the estate per court order of May 1, 2012. | 1290-000 | 551,059.76 | | 7,369,127.83 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5,635.24 | 7,363,492.59 |
| 06/13/12 | {16} | Bank of America | Interest Accrued in Escrow Account - to close out account. | 1290-000 | 87.98 | | 7,363,580.57 |
| 06/20/12 | 11006 | Akin, Webster & Matson, P.C. | Ref # Trustee Attorney Fee - Per Order dated 6/15/12 | | | 56,083.00 | 7,307,497.57 |
| | | | 48,050.00 | 3110-000 | | | 7,307,497.57 |
| | | | 8,033.00 | 3120-000 | | | 7,307,497.57 |
| 06/20/12 | 11007 | Clifton, Lipford, Hardison & Parker | Ref # Accountant Fee - Per Order dated 6/15/12 | | | 8,374.99 | 7,299,122.58 |
| | | | 8,216.00 | 3410-000 | | | 7,299,122.58 |
| | | | 158.99 | 3420-000 | | | 7,299,122.58 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4,952.18 | 7,294,170.40 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5,464.48 | 7,288,705.92 |
| 08/13/12 | | Stone & Baxter LLP | Proceeds of Sale of Commercial Real Property on Forsyth Road, Macon, GA. | | 207,439.05 | | 7,496,144.97 |

| | | Subtotals : | $783,644.89 | $116,002.61 | |
|---|---|---|---|---|---|

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-52409 JTL |
| **Case Name:** | Security Bank Corporation |
| **Taxpayer ID #:** | **-***7916 |
| **Period Ending:** | 06/30/13 |

| | |
|---|---|
| **Trustee:** | Joy R. Webster (300010) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******60-65 - Checking Account |
| **Blanket Bond:** | $10,375,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {1} | | | 230,000.00 | 1110-000 | | | 7,496,144.97 |
| | {24} | | Prorata Portion of Ad<br>Valorem Taxes 8/11/12<br>to 12/31/12 | 3,579.05 | 1290-000 | | | 7,496,144.97 |
| | | The Summit Group | Broker Fees | -23,000.00 | 2500-000 | | | 7,496,144.97 |
| | | | Transfer Tax | -230.00 | 2500-000 | | | 7,496,144.97 |
| | | | Surveyor's Fee | -2,910.00 | 2500-000 | | | 7,496,144.97 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 5,293.71 | 7,490,851.26 |
| 09/20/12 | 11008 | State Bank & Trust | Final Disbursement - Reimbursement of<br>Pro-Rata Taxes for 2009, 2010 & 2011 on Real<br>Property sold | | 2820-000 | | 10,671.45 | 7,480,179.81 |
| 09/27/12 | 11009 | Fife Whiteside | Final Distribution - Per Order dated 9/20/12 | | 3721-000 | | 1,427.72 | 7,478,752.09 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 4,781.42 | 7,473,970.67 |
| 10/12/12 | {22} | Southern Pine Plantations<br>Commercial Group LLC | Settlement of Adversaries against Southern<br>Pines Entities Adv. No. 11-5101 - Per Order<br>dated 10/9/12 | | 1241-000 | 260,000.00 | | 7,733,970.67 |
| 10/25/12 | {15} | Insurance Brokerage Antitrust<br>Litigation | Distribution of proceeds on Claim Number<br>0006132779 per court order. | | 1249-000 | 122.14 | | 7,734,092.81 |
| 10/25/12 | {15} | Insurance Brokerage Antitrust<br>Litigation | Distribution of proceeds on Claim No.<br>0005664125 per court order. | | 1249-000 | 166.51 | | 7,734,259.32 |
| 10/25/12 | | Global Surety LLC | Refund Check for over payment of bond<br>premium | | 2300-000 | | -15,000.00 | 7,749,259.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 5,635.24 | 7,743,624.08 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 5,122.95 | 7,738,501.13 |
| 12/10/12 | 11010 | Akin, Webster & Matson, P.C. | Per Order dated 12/7/12 | | | | 41,249.80 | 7,697,251.33 |
| | | | Attorney FeeTrustee<br>Attorney Fee | 38,655.00 | 3110-000 | | | 7,697,251.33 |

**Subtotals :**  $260,288.65    $59,182.29

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-52409 JTL | | Trustee: | Joy R. Webster (300010) |
| Case Name: | Security Bank Corporation | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******60-65 - Checking Account |
| Taxpayer ID #: | **-***7916 | | Blanket Bond: | $10,375,000.00  (per case limit) |
| Period Ending: | 06/30/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Trustee Atty Exp          2,594.80 | 3120-000 | | | 7,697,251.33 |
| 12/10/12 | 11011 | Clifton, Lipford, Hardison & Parker | Per Order dated 12/7/12 | 3410-000 | | 10,505.50 | 7,686,745.83 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030001088 20121213 | 9999-000 | | 7,645,496.03 | 41,249.80 |
| 01/08/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030001088 20130108 | 9999-000 | | 41,249.80 | 0.00 |

Account   9200-******60-65

|   | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 10 | Deposits | 1,072,212.20 | 11 | Checks | 248,154.94 |
| 9 | Interest Postings | 278.19 | 16 | Adjustments Out | 82,549.16 |
| | Subtotal | 1,072,490.39 | 2 | Transfers Out | 7,686,745.83 |
| 1 | Adjustments In | 5,082,807.06 | | Total | 8,017,449.93 |
| 2 | Transfers In | 1,862,152.48 | | | |
| | Total | 8,017,449.93 | | | |

{} Asset reference(s)

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-52409 JTL | |
| **Case Name:** | Security Bank Corporation | |
| **Taxpayer ID #:** | **-***7916 | |
| **Period Ending:** | 06/30/13 | |

| | |
|---|---|
| **Trustee:** | Joy R. Webster (300010) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******60-66 - Checking Account |
| **Blanket Bond:** | $10,375,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/11 | {17} | Hall, Block, Garland & Meyer | Payment to resolve Preference Action - Adv. No. 11-5098 - Per Order dated 9/21/11 | 1241-000 | 25,000.00 | | 25,000.00 |
| 09/08/11 | {19} | Alston & Bird LLP | Payment of Settlement of Preference Action - Adv. No. 11-5100 - Per Order dated 10/4/11 | 1241-000 | 15,000.00 | | 40,000.00 |
| 10/12/11 | | To Account #9200******6065 | Settlements of Preferential and Fraudulent Transfers | 9999-000 | | 40,000.00 | 0.00 |
| 11/08/11 | {10} | Internal Revenue Service | Tax Refunds for 2005. To be held in Non-interest bearing account until 90% is disbursed to FDIC - Per Order dated 2/24/11 | 1224-000 | 8,950,111.04 | | 8,950,111.04 |
| 11/08/11 | {10} | Internal Revenue Service | Tax Refund for 2003.  To be held in non-interest bearing account until 90% is disbursed to FDIC - Per Order dated 2/24/11 | 1224-000 | 2,132,001.81 | | 11,082,112.85 |
| 11/08/11 | {10} | Internal Revenue Service | Tax Refund for Tax Year 2004 to be held in non-interest bearing account until 90% is disbursed to FDIC - Per Order dated 2/24/11 | 1224-000 | 6,654,574.33 | | 17,736,687.18 |
| 11/08/11 | {10} | Internal Revenue Service | Tax Refund for Tax Year 2006 to be held in non interest bearing account until 90% is disbursed to the FDIC - Per Order dated 2/24/11 | 1224-000 | 484,837.58 | | 18,221,524.76 |
| 11/15/11 | | FDIC National Receivership Account | Payment of Non-estate funds per Order of Court dated 2/24/11 | 8500-002 | | 16,399,372.28 | 1,822,152.48 |
| 12/07/11 | | To Account #9200******6065 | Estate's 10% of tax refunds | 9999-000 | | 1,822,152.48 | 0.00 |

| | | | | | Subtotals : | $18,261,524.76 | $18,261,524.76 |

{} Asset reference(s)

Printed: 07/31/13 01:22 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-52409 JTL |
| **Case Name:** | Security Bank Corporation |
| | |
| **Taxpayer ID #:** | **-***7916 |
| **Period Ending:** | 06/30/13 |

| | |
|---|---|
| **Trustee:** | Joy R. Webster (300010) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******60-66 - Checking Account |
| **Blanket Bond:** | $10,375,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

**Account  9200-******60-66**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 6 | Deposits | 18,261,524.76 | 0   Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 1 Adjustments Out | 16,399,372.28 |
| | | | 2   Transfers Out | 1,862,152.48 |
| | Subtotal | 18,261,524.76 | | |
| 0 | Adjustments In | 0.00 | Total | 18,261,524.76 |
| 0 | Transfers In | 0.00 | | |
| | Total | 18,261,524.76 | | |

| | |
|---|---|
| Net Receipts : | 24,883,724.27 |
| Plus Gross Adjustments : | 641,626.17 |
| Less Other Noncompensable Items : | 17,149,372.28 |
| Net Estate : | $8,375,978.16 |

**Case Totals**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 33 | Deposits | 24,998,257.98 | 28   Checks | 1,589,821.42 |
| 27 | Interest Postings | 4,120.39 | 25 Adjustments Out | 21,584,763.42 |
| | | | 4   Transfers Out | 9,548,898.31 |
| | Subtotal | 25,002,378.37 | | |
| 1 | Adjustments In | 5,082,807.06 | Total | 32,723,483.15 |
| 4 | Transfers In | 9,548,898.31 | | |
| | Total | 39,634,083.74 | Net Total Balance | 6,910,600.59 |